BEAM, Circuit Judge,
concurring in the judgment.
It is my view that McShane Construction Company, LLC, as an endorsed “Additional Insured” under the Gotham insurance policy, enjoys such insurance coverage as is provided by the policy’s “Commercial General Liability” part. This would include, absent presently unstated limitations, coverage for any actionable claims' McShane may have against its subcontractor Mallory. Thus, within the time frame of an applicable statute of limitations, McShane may state a cause of action against Mallory, if any exists. To date, McShane has not done so.
Accordingly, as the court points out, Nebraska law prevents McShane from seeking redress within this litigation. See, e.g., *934 Allstate Ins. Co. v. Novak, 210 Neb. 184, 313 N.W.2d 636, 639 (1981).